IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Anthony Taylor,

    Plaintiff(s),

vs.

Postal Service (U.S.)

    Defendant(s).

Case Number: 1:17cv106

Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on September 12, 2017 (Doc. 16), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 26, 2017, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's motion is GRANTED (Doc. 9). This case is hereby DISMISSED with prejudice and TERMINATED from the Court's docket.

IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court